1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LAMONT VERLYNN CLARK,                      No.  2:16-cv-0718-EFB P

12                  Petitioner,

13          v.                                  ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                    Respondent.
16

17

18          Petitioner proceeds without counsel seeking a writ of habeas corpus.  He seeks leave to

19   proceed in forma pauperis.  *See* 28 U.S.C. § 1915(a).  Examination of the in forma pauperis

20   affidavit reveals that petitioner is unable to afford the costs of suit.  Therefore, the request is

21   granted.  To proceed further, however, petitioner must file an amended petition.

22          Under Rule 4 of the Rules Governing Section 2254 Cases, the court must review all

23   petitions for writ of habeas corpus and summarily dismiss any petition if it is plain that the

24   petitioner is not entitled to relief.  The court requires that all petitions for writ of habeas corpus be

25   filed on the proper form, which is provided by this court.  E.D. Cal. L.R. 190(b); *see also* Rule

26   2(c)-(d), Fed. R. Governing § 2254 Cases.  Petitioner has not used the proper form and has not

27   alleged that he is "in custody pursuant to the judgment of a State court."  28 U.S.C. § 2254.

28   /////

1    Thus, the court cannot determine the nature of petitioner's intended grounds for relief or

2    discharge its duty under Rule 4.  *See* E.D. Cal. L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254

3    Cases.  To proceed, petitioner must file an amended petition on the proper form and clearly

4    identify the judgment of conviction under attack and his intended claims for relief.   Petitioner

5    must properly complete the court's form and respond to the questions asked therein.  Although

6    petitioner may submit a separate memorandum to support his petition for relief, the court's

7    application form must contain all relevant claims, and must provide the court with all necessary

8    information.  *See* E.D. Cal. L.R. 190(e); Rule 2(c), Fed. R. Governing § 2254 Cases.

9           Accordingly, it is ORDERED that:

10          1.  The petition (ECF No. 1) is dismissed with leave to file an amended petition within 30

11   days of the date of this order.  Any amended petition must be filed on the form employed by this

12   court and must state all claims and prayers for relief on the form.  It must bear the case number

13   assigned to this action and must bear the title "Amended Petition."  Petitioner is cautioned that

14   failure to file an amended petition pursuant to this order may result in the dismissal of this action;

15          2.  Petitioner's application to proceed in forma pauperis (ECF No. 2) is granted; and

16          3.  The Clerk of the Court is directed to send petitioner the court's form for application for

17   writ of habeas corpus.

18   DATED:  April 7, 2016.

                                            EDMUND F. BRENNAN
19                                          UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2